AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MOEBETOBLAME MUSIC; WELSH WITCH MUSIC; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; TREMONTI STAPP MUSIC; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA; EMI BLACKWOOD MUSIC INC.; RISING GORGE MUSIC, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>BUFFALO GRILL OF GREENWOOD, LLC d/b/a BUFFALO GRILL OF GREENWOOD and LINDA ROBINSON, individually, <br><br>　　　　Defendants. | CIVIL ACTION NO.: 8-16-cv-681-TMC |

## SUMMONS IN A CIVIL ACTION

**TO:**     Buffalo Grill of Greenwood d/b/a Buffalo
Grill of Greenwood
c/o Linda A. Robinson, Registered Agent
327 Main Street, Suite 1
Greenwood, SC  29646

Linda Robinson, individually
327 Main Street, Suite 1
Greenwood, SC  29646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Bernie W. Ellis
McNair Law Firm, P.A.
Post Office Box 447
Greenville, SC 29602

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You must file your answer or motion with the court.

*Clerk of Court*

Date:   March 03, 2016

s/Kay McAlister
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action     8-16-cv-681-TMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

Service of the Summons and Complaint was made by me[1]     DATE

NAME OF SERVER (PRINT)     TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL     SERVICES     TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                                             Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.